Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2022 MAR -9 P 1:46
CAROL L. MICHEL
CLERK

| | |
|---|---|
| LATOSHIA THOMPSON | Case No. 22-594 SECT. H MAG. 5 *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☐ Yes ☐ No |
| -v- | |
| TASHION SINGLETON <br> MYA HENRY <br> TULLEY LEPUE et al., | |
| *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | LATOSHIA THOMPSON |
| Street Address | 3022 LAYTON LN |
| City and County | SLIDELL, |
| State and Zip Code | LA 70458 |
| Telephone Number | 206-413-9898 |
| E-mail Address | latoshiat@gmail.com |

TENDERED FOR FILING
MAR 09 2022
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

\_\_Fee\_\_ $402.00 pd Receipt # LAE071874
\_\_Process_____
X Dktd_____
\_\_CtRmDep_____
\_\_Doc.No._____

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: TASHION SINGLETON
- Job or Title (if known):
- Street Address: UNKNOWN
- City and County: "             "
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: TULLEY LEPUE
- Job or Title (if known): CLAIMS ADJUSTER
- Street Address: 4920 WESTWAY PK BLVD STE 210
- City and County: HOUSTON
- State and Zip Code: TEXAS 77401
- Telephone Number: 800-326-0950 x131-0373
- E-mail Address (if known): UNKNOWN

Defendant No. 3
- Name: MYA AARAN HENRY
- Job or Title (if known): NONE LISTED, INSURANCE
- Street Address: 4920 WESTWAY PK BLVD STE 210
- City and County: HOUSTON
- State and Zip Code: TEXAS 77401
- Telephone Number: 713-277-9003
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* LATOSHIA THOMPSON, is a citizen of the State of *(name)* WASHINGTON.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* Tashion Singleton, Mya Henry, Tulley Lepue, is a citizen of the State of *(name)* TEXAS. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Losses sustained and ongoing medical conditions as a result of the incident on 03/14/2021.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintinff, was hit by defendant Tashion Singleton who was driving under the influence of alcohol/marijuana DUI on 03/14/2021 on Hwy 10 east bound at full speed as defendant failed to register that traffic was no moving upon his collision.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff is seeking damages in full compensation for personal property, bodily injury and harm, as well as punitive and exemplementary damages in the amount of $125,000.
The plaintiff has already sustained damages in ecxess of $50,000 in property damages and bodily harm.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 9, 2022

Signature of Plaintiff
Printed Name of Plaintiff    LATOSHIA THOMPSON

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## LAEDdb_ProSeDocs

| | |
|---|---|
| **From:** | LT <latoshiat@gmail.com> |
| **Sent:** | Wednesday, March 9, 2022 12:17 PM |
| **To:** | LAEDdb_ProSeDocs |
| **Subject:** | Filing js.044 and complaint for civil case |
| **Attachments:** | js_044.pdf; complaint_for_a_civil_case.pdf |

**CAUTION - EXTERNAL:**

Please find attached the docs cover sheet and civil case filing forms.

Thank you,

LaToshia Thompson
latoshiat@gmail.com
206-413-9898

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1