UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LATOSHIA THOMPSON | CIVIL ACTION |
| V. | NO. 22-594 |
| TASHION SINGLETON, ET AL. | SECTION "H"(5) |

## JUDGMENT

For reasons issued August 23, 2023, and filed herein (Doc. 49);

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be granted in favor of the defendants and against the plaintiff, and that plaintiff's claims in this matter are **DISMISSED,** for insufficient service of process.

Signed in New Orleans, Louisiana, this 24th day of August, 2023.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE