# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 16, 2024
Lyle W. Cayce
Clerk

No. 23-30655
Summary Calendar

---

LATOSHIA THOMPSON,

    *Plaintiff—Appellant*,

versus

TASHION SINGLETON; TULLY LEFFEW, CLAIMS ADJUSTER; MYA AARAN HENRY, INSURANCE; ALLSTATE INSURANCE COMPANY,

    *Defendants—Appellees*.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:22-CV-594

---

Before ELROD, HAYNES, and DOUGLAS, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and the brief on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying

a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. *See* FED. R. APP. P. 41(b). The court may shorten or extend the time by order. *See* 5TH CIR. R. 41 I.O.P.



**Certified as a true copy and issued as the mandate on Jun 26, 2024**

**Attest:**
**Clerk, U.S. Court of Appeals, Fifth Circuit**